IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RONALD BOB,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:24-cv-04642 |
| § | |
| **NEW CENTURY MORTGAGE** § | |
| **CORPORATION, DEUTSCHE BANK** § | |
| **NATIONAL TRUST COMPANY,** § | |
| **ALTISOURCE SOLUTIONS INC.,** § | |
| **POWER DEFAULT SERVICES INC.** § | |
| **AND PHH MORTGAGE** § | |
| **CORPORATION,** § | |
| § | |
| *Defendants*. § | |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants Deutsche Bank National Trust Company, as Trustee for Ixis Real Estate Capital Trust 2006-HE2 Mortgage Pass Through Certificates, Series 2006-HE2 ("***Deutsche Bank***"), Altisource Solutions, Inc. ("***Altisource***"), Power Default Services, Inc. ("***Power Default***"), and PHH Mortgage Corporation ("***PHH***") (collectively, "***Defendants***") provide this Corporate Disclosures Statement and states as follows:

1.    Deutsche Bank is a national banking association organized under the laws of the United States to carry on the business of a limited purpose trust company. Deutsche Bank is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of DB USA Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a banking corporation organized under the laws of the Federal Republic of Germany. No publicly-held company owns 10% or more of Deutsche Bank AG's stock.

2.      PHH is a New Jersey Corporation and wholly owned subsidiary of <u>Onity Group Inc.</u>, formerly known as Ocwen Financial Corporation, a publicly owned corporation. PHH maintains its principal place of business at 1 Mortgage Way, Mt. Laurel, New Jersey 08054.  No publicly held corporation owns more than 10% of Onity Group, Inc.'s stock.

3.      Power Default is a Delaware Corporation with its principal place of business in Atlanta, Georgia. Power Default is a wholly owned subsidiary of <u>Altisource Portfolio Solutions, Inc.</u>, which is the wholly owned subsidiary of <u>Altisource S.à r.l.</u>, which is the wholly owned subsidiary of <u>Altisource Portfolio Solutions S.A.</u>, a publicly traded entity. No publicly held corporation owns more than 10% of Altisource Portfolio Solutions S.A.'s stock.

4.      Altisource is a Delaware Corporation with its principal place of business in Atlanta, Georgia. Altisource is the wholly owned subsidiary of <u>Altisource S.à r.l.</u>, which is the wholly owned subsidiary of <u>Altisource Portfolio Solutions S.A.</u>, a publicly traded entity. No publicly held corporation owns more than 10% of Altisource Portfolio Solutions S.A.'s stock.

Defendants make these disclosures solely for the purpose of Federal Rule of Civil Procedure 7.1 and reserve the right to supplement them as needed.

Respectfully submitted,

By:   */s/ Thomas W. White, Jr.*
        **KATHRYN B. DAVIS**
        State Bar No. 24050364
        kdavis@mcglinchey.com
        **THOMAS W. WHITE, JR.**
        State Bar No. 24102645
        twhite@mcglinchey.com
        **MCGLINCHEY STAFFORD, PLLC**
        1001 McKinney, Suite 1500
        Houston, Texas 77002
        Telephone : (713) 520-1900
        Facsimile: (713) 520-1025

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I certify that on November 25, 2024, a true and correct copy of the foregoing was served pursuant to the FEDERAL RULES OF CIVIL PROCEDURE as follows:

***Via First Class Mail and/or EMAIL***
Ronald Bob
10800 Gosling Rd., # 131562
Spring, TX 77393
ronwbob@gmail.com
***Plaintiff Pro Se***

                    */s/ Thomas W. White, Jr.*
                    **THOMAS W. WHITE, JR.**