United States District Court
Southern District of Texas

**ENTERED**

March 17, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD BOB, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 4:24-CV-04642 |
| | § | |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, *et al.*, | § | |
|     Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 4, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1). (Dkt. 43). Judge Bray filed a *Memorandum and Recommendation* on February 19, 2026, recommending that Defendants' Motion to Dismiss (Dkt. 24) be granted. (Dkt. 57).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Bray's *Memorandum and Recommendation* (Dkt. 57) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)    Defendants' Motion to Dismiss (Dkt. 24) is **GRANTED**;

(3)    this matter is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED at Houston, Texas on March 17, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE